| | |
|---|---|
| Naomi A. Igra, SBN 269095<br>naomi.igra@sidley.com<br>S. Patrick Kelly, SBN 275031<br>patrick.kelly@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 1200<br>Facsimile: +1 415 772 7400<br>Facsimile: +1 415 772 7400<br><br>Douglas A. Axel, SBN 173814<br>daxel@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: +1 213 896 6000<br>Facsimile: +1 213 896 6600<br><br>*Attorneys for Plaintiff*<br>*Additional Counsel on next page* | Sabrineh Ardalan (*pro hac vice* forthcoming)<br>sardalan@law.harvard.edu<br>Sameer Ahmed, SBN 319609<br>sahmed@law.harvard.edu<br>Zachary Albun (*pro hac vice* forthcoming)<br>zalbun@law.harvard.edu<br>Deborah Anker (*pro hac vice* forthcoming)<br>danker@law.harvard.edu<br>Nancy Kelly (*pro hac vice* forthcoming)<br>nkelly@law.harvard.edu<br>John Willshire Carrera (*pro hac vice* forthcoming)<br>jwillshire@law.harvard.edu<br>HARVARD LAW SCHOOL<br>HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM<br>6 Everett Street, WCC 3103<br>Cambridge, MA 02138<br>Telephone: +1 617 384 7504<br>Facsimile: +1 617 495 8595 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>　　　　Defendants. | Case No. 20-CV-09253<br><br>**NOTICE OF APPEARANCE FOR KAREN MUSALO** |

| | |
|---|---|
| Ben Schwarz (*pro hac vice* forthcoming) <br> bschwarz@sidley.com <br> SIDLEY AUSTIN LLP <br> 60 State Street, 36th Floor <br> Boston, MA 02109 <br> Telephone: +1 617 223 0300 <br> Facsimile: +1 617 223 0301 <br><br> Brian C. Earl (*pro hac vice* forthcoming) <br> bearl@sidley.com <br> SIDLEY AUSTIN LLP <br> 787 Seventh Avenue <br> New York, NY 10019 <br> Telephone: +1 212 839 5300 <br> Facsimile: +1 212 839 5599 | Jamie Crook, SBN 245757 <br> crookjamie@uchastings.edu <br> Annie Daher, SBN 294266 <br> daherannie@uchastings.edu <br> Blaine Bookey, SBN 267596 <br> bookeybl@uchastings.edu <br> Karen Musalo, SBN 106882 <br> musalok@uchastings.edu <br> CENTER FOR GENDER & REFUGEE STUDIES <br> UC HASTINGS COLLEGE OF THE LAW <br> 200 McAllister Street <br> San Francisco, CA 94102 <br> Telephone: +1 415 565 4877 <br> Facsimile: +1 415 581 8824 |

PLEASE TAKE NOTICE that the following attorney from the CENTER FOR GENDER & REFUGEE STUDIES UC HASTINGS COLLEGE OF THE LAW hereby files this Notice of Appearance in the above-captioned case on behalf of Plaintiffs Pangea Legal Services ("Pangea"), Dolores Street Community Services, Inc. ("DSCS"), Catholic Legal Immigration Network, Inc. ("CLINIC"), and Capital Area Immigrants' Rights Coalition ("CAIR Coalition") (collectively "Plaintiffs"). All pleadings, motions, discovery, and other material should be served upon counsel at the following address:

>Karen Musalo
>CENTER FOR GENDER & REFUGEE STUDIES
>UC HASTINGS COLLEGE OF THE LAW
>200 McAllister Street
>San Francisco, CA 94102
>Telephone: +1 415 565 4877
>Facsimile: +1 415 581 8824
>Email: musalok@uchastings.edu

Respectfully submitted,

Date: December 21, 2020                     By:*/s/ Karen Musalo*

| | |
|---|---|
| Sabrineh Ardalan (*pro hac vice* forthcoming) | Naomi A. Igra, SBN 269095 |
| sardalan@law.harvard.edu | naomi.igra@sidley.com |
| Sameer Ahmed, SBN 319609 | S. Patrick Kelly, SBN 275031 |
| sahmed@law.harvard.edu | patrick.kelly@sidley.com |
| Zachary Albun (*pro hac vice* forthcoming) | SIDLEY AUSTIN LLP |
| zalbun@law.harvard.edu | 555 California Street, Suite 2000 |
| Deborah Anker (*pro hac vice* forthcoming) | San Francisco, CA 94104 |
| danker@law.harvard.edu | Telephone: +1 415 772 1200 |
| Nancy Kelly (*pro hac vice* forthcoming) | Facsimile: +1 415 772 7400 |
| nkelly@law.harvard.edu | |
| John Willshire Carrera (*pro hac vice* forthcoming) | Douglas A. Axel, SBN 173814 |
| | daxel@sidley.com |
| jwillshire@law.harvard.edu | SIDLEY AUSTIN LLP |
| HARVARD LAW SCHOOL | 555 West Fifth Street |
| HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM | Los Angeles, CA 90013 |
| | Telephone: +1 213 896 6000 |
| 6 Everett Street, WCC 3103 | Facsimile: +1 213 896 6600 |
| Cambridge, MA 02138 | |
| Telephone: +1 617 384 7504 | Ben Schwarz (*pro hac vice* forthcoming) |
| Facsimile: +1 617 495 8595 | bschwarz@sidley.com |
| | SIDLEY AUSTIN LLP |
| Jamie Crook, SBN 245757 | 60 State Street, 36th Floor |
| crookjamie@uchastings.edu | Boston, MA 02109 |
| Annie Daher, SBN 294266 | Telephone: +1 617 223 0300 |
| daherannie@uchastings.edu | Facsimile: +1 617 223 0301 |

1
PLAINTIFFS' NOTICE OF APPEARANCE FOR KAREN MUSALO,
CASE NO. 20-CV-09253

1  Blaine Bookey, SBN 267596
   bookeybl@uchastings.edu
2  Karen Musalo, SBN 106882
   musalok@uchastings.edu
3  CENTER FOR GENDER & REFUGEE
   STUDIES
4  UC HASTINGS COLLEGE OF THE LAW
   200 McAllister Street
5  San Francisco, CA 94102
   Telephone: +1 415 565 4877
6  Facsimile: +1 415 581 8824

Brian C. Earl  (*pro hac vice* forthcoming)
bearl@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:  +1 212 839 5300
Facsimile:  +1 212 839 5599

*Attorneys for Plaintiffs*