UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANGEA LEGAL SERVICES, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>   Defendants. | Case No. 20-cv-07721-SI<br><br>**ORDER DENYING MOTIONS TO RELATE**<br><br>Re: Dkt. Nos. 84, 85 |

On December 21, 2020, two motions to relate were filed seeking to relate two actions to the one captioned above, namely: 20-cv-9253 (Pangea II) and 20-cv-9258 (the Immigration Equality Matter). Dkt Nos. 84 and 85. On December 22, 2020, defendants opposed the motions arguing, among other things, that the cases should not be related because the asylum rule challenged in the instant action is wholly separate and distinct from the rule challenged in Pangea II and the Immigration and Equality Matter. Dkt. No. 86 at 3[1] ("The present action does not challenge [the rule discussed in Pangea II and the Immigration Equality Matter]… Rather it challenges an entirely different and narrower rule.").

The Court agrees with defendants. The motions to relate are DENIED.

**IT IS SO ORDERED**.

Dated: December 23, 2020

SUSAN ILLSTON
United States District Judge

---

[1] For ease of reference, this is the ECF branded page number.