UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IMMIGRATION EQUALITY, et al.,

         Plaintiffs,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

         Defendants.

Case No.  20-cv-09258-JSW

**SUA SPONTE JUDICIAL REFERRAL
FOR PURPOSES OF DETERMINING
RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the Court HEREBY REFERS this matter to Judge
James Donato to determine whether this case is related to *Pangea Legal Services, et al. v. U.S.
Department of Homeland Security, et al.*, Case No. 20-cv-09253-JD (N.D. Cal. Dec. 21, 2020).[1]

      **IT IS SO ORDERED.**

Dated: December 23, 2020

_____

JEFFREY S. WHITE
United States District Judge

---

[1]    The briefing schedule in place for Plaintiffs' motion for a temporary restraining order
remains in place pending a determination on the relation of these cases.

United States District Court
Northern District of California