Naomi A. Igra, SBN 269095
naomi.igra@sidley.com
S. Patrick Kelly, SBN 275031
patrick.kelly@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400
Facsimile: +1 415 772 7400

Douglas A. Axel, SBN 173814
daxel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Sabrineh Ardalan (*pro hac vice* pending)
sardalan@law.harvard.edu
Sameer Ahmed, SBN 319609
sahmed@law.harvard.edu
Zachary Albun (*pro hac vice* pending)
zalbun@law.harvard.edu
Deborah Anker (*pro hac vice* forthcoming)
danker@law.harvard.edu
Nancy Kelly (*pro hac vice* forthcoming)
nkelly@law.harvard.edu
John Willshire Carrera (*pro hac vice* forthcoming)
jwillshire@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE
CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone: +1 617 384 7504
Facsimile: +1 617 495 8595

*Attorneys for Plaintiff*
*Additional Counsel on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES et al., | Case No. 20-cv-9253-JD |
| Plaintiffs, | **PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE PAGE LIMIT** |
| v. | Assigned to Hon. Judge James Donato |
| U.S. DEPARTMENT OF HOMELAND SECURITY et al., | |
| Defendants. | |

Ben Schwarz (*pro hac vice* pending)
bschwarz@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone:  +1 617 223 0300
Facsimile:  +1 617 223 0301

Brian C. Earl  (*pro hac vice* pending)
bearl@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:  +1 212 839 5300
Facsimile:  +1 212 839 5599

Jamie Crook, SBN 245757
crookjamie@uchastings.edu
Annie Daher, SBN 294266
daherannie@uchastings.edu
Blaine Bookey, SBN 267596
bookeybl@uchastings.edu
Karen Musalo, SBN 106882
musalok@uchastings.edu
CENTER FOR GENDER & REFUGEE STUDIES
UC HASTINGS COLLEGE OF THE LAW
200 McAllister Street
San Francisco, CA 94102
Telephone: +1 415 565 4877
Facsimile: +1 415 581 8824

1    Pursuant to Civil Local Rule 7-11, and this Court's Standing Order ¶18, Plaintiffs Pangea
2  Legal Services, Dolores Street Community Services, Inc., Catholic Legal Immigration Network Inc.,
3  and Capital Area Immigrants' Rights Coalition (collectively "Plaintiffs") hereby request leave of
4  Court to file a brief in support of their Motion for a Preliminary Injunction, Temporary Restraining
5  Order and Order to Show Cause ("TRO Motion") that exceeds the 15-page limit under this Court's
6  Standing for Civil Cases ¶ 18.  Specifically, Plaintiffs ask for five additional pages, resulting in a 20-
7  page limit for the brief in support of their TRO Motion.
8    As set forth in the Declaration of Naomi A. Igra submitted with this Motion ("Igra
9  Declaration"), Defendants have consented to the relief requested by this motion and Plaintiffs will
10 consent if Defendants seek the same relief for their responsive brief.  Plaintiffs have good cause for
11 seeking the requested relief.
12   First, Plaintiffs' TRO Motion will seek to enjoin a sweeping new final rule that effects a
13 dramatic change in asylum law.  *See Procedure for Asylum and Withholding of Removal; Credible*
14 *Fear and Reasonable Fear Review*, 85 Fed. Reg. 80,274 (Dec. 11, 2020) ("the Rule").  The
15 announcement of the Rule covers 127 pages in the Federal Register.  The Rule received over 87,000
16 comments.  Fed. Reg. 80,284.  Plaintiffs will not attempt to describe all of the numerous changes
17 made by the Rule, the ways in which these sea-changes irreparably harm Plaintiffs and their asylum-
18 seeking clients, and the reasons why this Court should enjoin the Rule in its entirety.  However,
19 Plaintiffs will need an additional five page to illustrate the Rule's defects, Plaintiffs' harms, and the
20 impact on the pubic, in a manner sufficient to apprise the Court of the central issues.
21   Second, the Rule goes into effect January 11, 2021.  85 Fed. Reg. 80,274.  Plaintiffs are
22 seeking a Temporary Restraining Order in advance of that date and have agreed to an expedited
23 briefing schedule with Defendants—subject to another motion to be filed shortly.  That briefing
24 schedule sets today as Plaintiffs' filing date.  Plaintiffs are already suffering irreparable harm, as will
25 be explained in the TRO Motion, and they believe it is critically important for the Court to be
26 adequately apprised of many aspects of the Rule and Plaintiffs' challenge before the Rule goes into
27 effect.
28   For these reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' unopposed

motion for enlarging the page limit and permit Plaintiffs to file a 20-page TRO Motion brief on December 23, 2020.

Respectfully submitted,

DATE: December 23, 2020

Sabrineh Ardalan (*pro hac vice* pending)
sardalan@law.harvard.edu
Sameer Ahmed, SBN 319609
sahmed@law.harvard.edu
Zachary Albun (*pro hac vice* pending)
zalbun@law.harvard.edu
Deborah Anker (*pro hac vice* forthcoming)
danker@law.harvard.edu
Nancy Kelly (*pro hac vice* forthcoming)
nkelly@law.harvard.edu
John Willshire Carrera (*pro hac vice* forthcoming)
jwillshire@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone:  +1 617 384 7504
Facsimile:  +1 617 495 8595

Jamie Crook, SBN 245757
crookjamie@uchastings.edu
Annie Daher, SBN 294266
daherannie@uchastings.edu
Blaine Bookey, SBN 267596
bookeybl@uchastings.edu
Karen Musalo, SBN 106882
musalok@uchastings.edu
CENTER FOR GENDER & REFUGEE STUDIES
UC HASTINGS COLLEGE OF THE LAW
200 McAllister Street
San Francisco, CA 94102
Telephone: +1 415 565 4877
Facsimile: +1 415 581 8824

By:*/s/ Naomi A. Igra*
Naomi A. Igra, SBN 269095
naomi.igra@sidley.com
S. Patrick Kelly, SBN 275031
patrick.kelly@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  +1 415 772 1200
Facsimile:  +1 415 772 7400

Douglas A. Axel, SBN 173814
daxel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone:  +1 213 896 6000
Facsimile:  +1 213 896 6600

Ben Schwarz (*pro hac vice* pending)
bschwarz@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone:  +1 617 223 0300
Facsimile:  +1 617 223 0301

Brian C. Earl  (*pro hac vice* pending)
bearl@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:  +1 212 839 5300
Facsimile:  +1 212 839 5599

*Attorneys for Plaintiffs*