JEFFREY BOSSERT CLARK
*Acting Assistant Attorney General*
DAVID M. McCONNELL
*Director*
PAPU SANDHU
*Assistant Director*
CHRISTINA P. GREER
*Senior Litigation Counsel*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Pangea Legal Services, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:20-cv-09253-JD |
| ) | |
| U.S. Dept. of Homeland Security, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' RESPONSE IN SUPPORT OF RELATING CASES**

1    Defendants submit this response to Judge White's December 23, 2020, Order of Sua Sponte Referral in *Immigration Equality v. U.S. Dep't of Homeland Sec.*, No. 4:20-cv-09258-JSW (N.D. Cal. filed Dec. 21, 2020), in support of relating cases. The case was filed by a group of service organizations challenging the Rule at issue in this case—"Procedure for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review," 85 Fed. Reg. 80,274 (Dec. 11, 2020) (Rule)—and makes substantially similar claims as those made by Plaintiffs in this case.

Local Rule 3-12 provides that an "action is related to another" when "(1) the actions concern substantially the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

Both criteria for related actions under Local Rule 3-12 are satisfied here. *First*, both cases challenge the same event—the promulgation of the Rule. And both make substantially similar claims challenging Acting Secretary Chad Wolf's authority to sign the Rule, *Pangea* Compl. ¶¶ 360-73; *Immigration Equality* Compl. ¶¶ 391-397, asserting that the Rule is contrary to law, *Pangea* Compl. ¶¶ 374-85; *Immigration Equality* Compl. ¶¶ 372-90, arguing that the Rule is arbitrary and capricious, *Pangea* Compl. ¶¶ 386-97; *Immigration Equality* Compl. ¶¶ 377-84, claiming the Departments failed to provide sufficient time for notice and comment, *Pangea* Compl. ¶¶ 398-409; *Immigration Equality* Compl. ¶¶ 398-400, and asserting that the Rule violates the Due Process Clause, *Pangea* Compl. ¶¶ 410-415; *Immigration Equality* Compl. ¶¶ 385-90.

Second, litigating the two cases independently will be unduly burdensome. If the cases proceed separately, the Court and parties will be required to expend limited resources on duplicative litigation on an expedited timeframe. The case's complexity only makes each more resource intensive—for illustration, the complaint in *Pangea* is 105 pages and the complaint in *Immigration Equality* is 124 pages. The Defendants will also file a large record that will include not only the documents the agency relied on, which number in the tens of thousands of pages, but also the more than 87,000 comments submitted during the notice-and-comment period. For these reasons, the government respectfully submits that these cases should be related.

1      We also respectfully ask that this Court address this issue today if possible. The plaintiffs in *Immigration Equality*, like the plaintiffs here, have sought emergency injunctive relief. The government's response to that request is currently due December 31. But their motion is far longer than permitted by the rules of this Court, and also far exceeds the page limits agreed to by the Plaintiffs and the Defendants in *Pangea*. We request that if the cases are related, that the motion for a temporary restraining order/preliminary injunction filed in *Immigration Equality* be struck as over length with the possibility of re-filing in compliance with the Court's standing order.

Respectfully submitted,

                         JEFFREY BOSSERT CLARK
                         Acting Assistant Attorney General

                         DAVID M. McCONNELL
                         Director

                         PAPU SANDHU
                         Assistant Director

By: /s/ *Christina P. Greer*
     CHRISTINA P. GREER
     Senior Litigation Counsel
     Office of Immigration Litigation
     U.S. Department of Justice, Civil Division
     P.O. Box 878, Ben Franklin Station
     Washington, DC 20044
     Tel: (202) 598-8770
     Email: Christina.P.Greer@usdoj.gov

Dated: December 28, 2020          *Attorneys for Defendants*