LOEB & LOEB LLP
Camron A. Dowlatshahi (SBN 308618)
cdowlatshahi@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

LOEB & LOEB LLP
Laura McNally (*Pro Hac Vice* application forthcoming)
lmcnally@loeb.com
Neil Nandi (*Pro Hac Vice* application forthcoming)
nnandi@loeb.com
321 N. Clark St., Suite 2300
Chicago, IL 60654
Telephone: (312) 464-3100
Facsimile: (312) 464-3111

Attorneys for *Amicus Curiae*
Immigration Law Professors

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

PANGEA LEGAL SERVICES; DOLORES STREET COMMUNITY SERVICES, INC.; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; and CAPITAL AREA IMMIGRANTS' RIGHTS COALITION,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary for the Department of Homeland Security*; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TONY H. PHAM, *under the title of Senior Official Performing the*

Case No.: 3:20-cv-09253-JD

**UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Date: January 7, 2021
Time: 10:00 a.m.
Judge: Hon. James Donato
Ctrm.: 11

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER (NO. 3:20-CV-09253-JD)

*Duties of the Director of U.S. Immigration and Customs Enforcement*; U.S. CUSTOMS AND BORDER PROTECTION MARK A. MORGAN, *under the title of Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection*; U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, *under the title of U.S. Attorney General*; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and JAMES MCHENRY, *under the title of Director of the Executive Office for Immigration Review*,

Defendants.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER (NO. 3:20-CV-09253-JD)

Amici curiae hereby move to file the attached Brief of *Amicus Curiae* in Support of Plaintiffs' Motion for Temporary Restraining Order. Amici curiae are law professors who teach and publish scholarship about United States immigration law. Amici have collectively studied the implementation and history of the Immigration and Nationality Act (INA) for decades and have written extensively on the topic. They accordingly have an abiding interest in the proper interpretation and administration of the Nation's immigration laws, particularly the INA. Amici respectfully submit that their proposed brief could aid this Court's consideration by placing the current dispute in the broader context and history of relevant immigration statutes.

The parties have consented to amici filing the attached brief. No counsel for a party authored this brief in whole or in part, and no person other than the amici curiae or their counsel made a monetary contribution intended to fund the preparation or submission of this brief.

Amici are[1]:

David C. Baluarte
W&L School of Law

Lenni B. Benson
New York Law School

Jennifer Chacón
UCLA School of Law

Gabriel J. Chin
UC Davis School of Law

Michael J. Churgin
University of Texas School of Law

Marisa S. Cianciarulo
Chapman University Fowler School of Law

Denise Gilman
University of Texas Law School

Ingrid Eagly
UCLA School of Law

Stella Burch Elias
University of Iowa College of Law

Kate Evans
Duke University School of Law

Jill E. Family
Widener University Commonwealth Law School

Niels W. Frenzen
USC Gould School of Law

Maryellen Fullerton
Brooklyn Law School

Jennifer Moore
University of New Mexico School of Law

[1] University affiliations are listed solely for informational purposes.

- 1 -

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER (NO. 3:20-CV-09253-JD)

Lindsay Harris
UDC David A. Clarke School of Law

Hiroshi Motomura
UCLA School of Law

Margaret Hu
Penn State Law

Michael A. Olivas
University of Houston Law Center

Elizabeth Keyes
University of Baltimore School of Law

Bijal Shah
Arizona State University, Sandra Day O'Connor College of Law

Annie Lai
University of California, Irvine School of Law

Maureen A. Sweeney
University of Maryland Carey School of Law

Peter Margulies
Roger Williams University School of Law

Shoba Sivaprasad Wadhia
Penn State Law

M. Isabel Medina
Loyola University New Orleans College of Law

Michael J. Wishnie
Yale Law School

Dated: December 29, 2020

Respectfully submitted,

By: /s/ Camron A. Dowlatshahi

Camron A. Dowlatshahi (SBN 308618)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
cdowlatshahi@loeb.com
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

Laura McNally (*Pro Hac Vice* application forthcoming)
lmcnally@loeb.com
Neil Nandi (*Pro Hac Vice* application forthcoming)
nnandi@loeb.com
LOEB & LOEB LLP
321 N. Clark St., Suite 2300
Chicago, IL 60654
Telephone: (312) 464-3100
Facsimile: (312) 464-3111

Peter S. Margulies (*Pro Hac Vice* application forthcoming)
ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW*
10 Metacom Avenue
Bristol, RI 02809
(401) 254-4564

Shoba Sivaprasad Wadhia (*Pro Hac Vice* application forthcoming)
PENN STATE LAW*
252E Lewis Katz Building
University Park, PA 16802
(814) 865-3823

*Attorneys for Amicus Curiae Immigration Law Professors*

* University affiliations are listed solely for informational purposes.

- 3 -

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER (NO. 3:20-CV-09253-JD)

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California by using the court's CM/ECF system on December 29, 2020. All participants in the case are registered CM/ECF users, and service will be accomplished by the court's CM/ECF system.

/s/ Camron A. Dowlatshahi
Camron A. Dowlatshahi

- 4 -

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER (NO. 3:20-CV-09253-JD)

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations