LOEB & LOEB LLP
Camron A. Dowlatshahi (SBN 308618)
cdowlatshahi@loeb.com
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067-4120
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

Attorney for *Amicus Curiae* Immigration Law Professors

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANGEA LEGAL SERVICES; DOLORES STREET COMMUNITY SERVICES, INC.; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; and CAPITAL AREA IMMIGRANTS' RIGHTS COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary for the Department of Homeland Security*; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TONY H. PHAM, *under the title of Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*; U.S. CUSTOMS AND BORDER PROTECTION MARK A. MORGAN, *under the title of Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection*; U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, *under the title of U.S. Attorney General*; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and JAMES MCHENRY, *under the title of Director of the Executive Office for Immigration Review*,<br><br>Defendants. | Case No.: 3:20-cv-09253-JD<br><br>**DECLARATION IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE** *AMICUS CURIAE* **BRIEF** |

I, Camron Dowlatshahi, declare as follows, pursuant to Local Rule 7-11(a):

1. I submit this declaration in connection with the Unopposed Motion for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Temporary Restraining Order, filed on behalf of the group of Immigration Law Professors constituting amicus curiae. I am an attorney employed by the law firm Loeb & Loeb LLP and representing amicus curiae. I make this declaration based on my own personal knowledge.

2. On December 28, 2020, counsel for amicus curiae from the law firm Loeb & Loeb LLP contacted defendants' counsel, who stated that defendants consent to a filing before December 31, 2020, that complies with the Court's requirements.

3. Plaintiffs have consented to the motion of amicus curiae.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2020, Los Angeles, CA

By: /s/ Camron A. Dowlatshahi

- 2 -
DECLARATION IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF (NO. 3:20-CV-09253-JD)

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional Corporations