# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Pangea Legal Services, *et al.*, | |
| Plaintiffs, | Civil Action No. 3:20-cv-09253-JD |
| v. | **JOINT STIPULATION TO HOLD CASES IN ABEYANCE** |
| U.S. Dep't of Homeland Security, *et al.*, | Hearing Date: |
| Defendants. | Hearing Time: |
| Immigration Equality, *et al.*, | |
| Plaintiffs, | Civil Action No. 3:20-cv-09258-JD |
| v. | |
| U.S. Dep't of Homeland Security, *et al.*, | |
| Defendants. | |

## STIPULATION

PLEASE TAKE NOTICE that the parties by and through their undersigned counsel hereby stipulate to hold these cases, including the pending motion to reconsider, in abeyance pending review of the Rule at issue in this case, Procedures for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review, 85 Fed. Reg. 80,274 (Dec. 11, 2020) (the "Final Rule"), by the Departments of Justice and Homeland Security. In support of this Stipulation, the parties state as follows:

1. These cases involve an Administrative Procedure Act ("APA") challenge to the Final Rule.

2. On January 8, 2021, the Court issued a preliminary injunction, enjoining the Final Rule nationwide.

3. On January 20, 2021, due to the change in administration, there was new leadership

JOINT STIPULATION TO HOLD
CASES IN ABEYANCE
Nos. 3:20-cv-09253-JD & 3:20-cv-09258-JD

at the Departments of Justice and Homeland Security.  Department leadership requests additional time so that new Department of Justice and Homeland Security officials have sufficient time to become familiar with the issues in these cases.

4. In addition, the Departments indicate that the Final Rule is under review.

5. Holding these cases, including Defendants' motion to reconsider in the *Pangea Legal Services* case, in abeyance therefore will allow incoming Department leadership time to consider the issues in these cases and to review the Final Rule.  There have been no previous extensions of time in these actions.

6. Should the Court so-order this Stipulation, the preliminary injunction of the Final Rule will remain in force and Defendants will continue to adhere to this Court's order enjoining implementation, enforcement, or application of the Final Rule and any related policies or procedures.  The parties propose to submit a status report to the Court within 90 days, updating the Court on the status of the Final Rule and policy changes or other developments, if any, that are likely to materially impact these cases.

Respectfully submitted,

By:  */s/ Naomi Igra*
NAOMI IGRA
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel. (415) 772-1200
Naomi.Igra@sidley.com

*Counsel for Pangea Plaintiffs*

By:  */s/ Jennifer C. Pizer*
JENNIFER C. PIZER
Lambda Legal Defense & Educ. Fund
4221 Wilshire Boulevard, Suite 280
Los Angeles, California 90010
Tel.: (213) 590-5903
JPizer@lambdalegal.org

*Counsel for Immigration Equality Plaintiffs*

By:  */s/ Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. (202) 598-8770
Christina.P.Greer@usdoj.gov

*Counsel for Defendants*

Dated: January 27, 2021

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January ____, 2021

_____
Hon. Judge James Donato
United States District Judge