UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  August 19, 2021 Judge:  Hon. James Donato

Time:  Minutes: 11:00

**3:20-cv-09253-JD Pangea Legal Services et al v. U.S. Department of Homeland Security et al**
**3:20-cv-09258-JD Immigration Equality et al v. U.S. Department of Homeland Security et al**

Attorney(s) for Plaintiff(s):S. Patrick Kelly/Omar Gonzalez-Pagan
Attorney(s) for Defendant(s):No Appearance

Deputy Clerk:  Lisa R. ClarkLiberty Recorder: 10:47-10:58

PROCEEDINGS

Status Conference -- Held

NOTES AND ORDERS

Counsel for the government did not appear, and did not request a remote access hearing.  Future unexcused absences will be sanctioned.

The parties are directed to meet and confer about the agency websites and links to the enjoined portions of the CFR.  The parties should file a joint status report by September 20, 2021.  The parties are also directed to file by September 20, 2021, a proposal for resolution of the cases, including entry of a permanent injunction.