UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Pangea Legal Services, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>U.S. Dept. of Homeland Security, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 3:20-cv-09253-JD<br><br>**JOINT STATUS REPORT**<br><br>Hearing Date:<br>Hearing Time: |
| Immigration Equality, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>U.S. Dept. of Homeland Security, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 3:20-cv-09258-JD |

**STATUS REPORT**

On January 8, 2021, this Court issued a preliminary injunction enjoining the Final Rule at issue in both cases. *See Pangea* ECF 66; *Immigration Equality*, ECF 55.

On January 27, 2021, the Court granted the parties' Joint Stipulation to Hold Cases in Abeyance while the preliminary injunction remained in effect. In the stipulation, the parties agreed to submit a status report within 90 days of the Court's order, "updating the Court on the status of the Final Rule and policy changes or other developments, if any, that are likely to materially impact these cases." *Pangea*, ECF 75 at 2, *Immigration Equality*, ECF 60 at 2. On April 19, 2021, the parties submitted a joint request for the cases to remain in abeyance while they continued discussions on the issues regarding providing notice of the preliminary injunction to the public and

asylum applicants and to submit a status report in 30 days. *Pangea*, ECF 81, *Immigration Equality*, ECF 63. The Court granted this request on April 19, 2021, and ordered the parties to file a "joint status report by May 19, 2021, advising the Court of the status of the government's review of the regulation at issue in these cases, and of any relevant policy changes or other material developments." *Pangea*, ECF 82, *Immigration Equality*, ECF 64.

On May 19, 2021, the parties submitted a joint status report in which the parties set forth their respective positions on whether the Government was complying with the Court's preliminary injunction, and Plaintiffs requested a status conference. The Court scheduled a status conference, which was held on August 19, 2021. Following the conference, the Court directed the parties "to meet and confer about the agency websites and links to the enjoined portions of the CFR" and to submit a joint status report by September 20, 2021, along with "a proposal for resolution of the cases, including entry of a permanent injunction." *Pangea*, ECF 85; *Immigration Equality*, ECF 67. On September 20, 2021, the parties filed a joint status report in which they requested an additional 30 days to set forth a proposal for further proceedings in this case, which the Court granted.

Since September 20, 2021, the parties have continued to engage in discussions regarding their proposals for the management of this case and mechanisms for providing the public with information about the currently operative regulations, including through multiple telephonic meet and confers.

The parties are making substantial progress in their discussions. At this time, the parties request additional time to discuss the possible options. The parties anticipate that there may be additional information issued regarding the status of relevant regulatory actions before the end of the year that could materially impact their negotiations. The parties therefore jointly request that the Court extend the parties' deadline for setting forth a proposal for further proceedings in this case for 60 days, until December 20, 2021, to allow the parties time to explore all options with the benefit of insight into any regulatory action. The parties request that this Court's preliminary injunction continue to remain in effect during this time.

//

Respectfully submitted,

By:    */s/ Naomi A. Igra*            By:    */s/ Christina P. Greer*
       NAOMI A. IGRA                     CHRISTINA P. GREER
       Sidley Austin LLP                  Senior Litigation Counsel
       555 California St., Suite 2000      U.S. Department of Justice, Civil Division
       San Francisco, CA 94104           P.O. Box 878, Ben Franklin Station
       Tel. (415) 772-1200                Washington, DC 20044
       naomi.igra@sidley.com           Tel. (202) 598-8770
                                                  Christina.P.Greer@usdoj.gov

*Counsel for Pangea Plaintiffs*             *Counsel for Defendants*

By:    */s/ Omar Gonzalez-Pagan*
       OMAR GONZALEZ-PAGAN
       Lambda Legal Defense and
       Education Fund, Inc.
       120 Wall Street, 19th Floor
       New York, NY 10005
       Tel. (212) 809-8585
       ogonzalez-pagan@lambdalegal.org

*Counsel for Immigration Equality Plaintiffs*

Dated: October 20, 2021